Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Partners Capital, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Unknown

3. **Debtor's federal Employer Identification Number (EIN)**

   85-2847186

4. **Debtor's address**

   **Principal place of business**

   P.O. Box 340
   Number   Street

   Edna, Texas 77957
   City              State   ZIP Code

   Jackson
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City              State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City              State   ZIP Code

5. **Debtor's website (URL)**

   unknown

Debtor _____    Case number (if known)_____
       Name

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___  ___  ___  ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
           District _____  When _____  Case number _____
                                          MM / DD / YYYY

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 2

Debtor _____   Case number (if known) _____
         Name

| | | | | |
|---|---|---|---|---|
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes. | Debtor William M. Riehs<br>District Southern District of Texas, Houston Division<br>Case number, if known 22-30896 | Relationship Prior owner<br>When 03/07/2022<br>MM / DD / YYYY | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street
_____
City                                      State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 3

Debtor _____   Case number (if known) _____
　　　　　Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/22/2022
　　　　　　　MM / DD / YYYY

X _____   Eva Engelhart
Signature of authorized representative of debtor　　Printed name

Title  Eva S. Engelhart, Chapter 7 Trustee Case No. 22-30596 and authorized signatory per attached authorization

**18. Signature of attorney**

X _____   Date  06/22/2022
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

Marc Douglas Myers
Printed name

Ross, Banks, May, Cron & Cavin, P.C.
Firm name

7700 San Felipe, Suite 550
Number　　Street

Houston　　　　　　　　　　　　　　　TX　　　77063
City　　　　　　　　　　　　　　　　　State　　ZIP Code

713-626-1200　　　　　　　　　　　　mmyers@rossbanks.com
Contact phone　　　　　　　　　　　　Email address

00797133　　　　　　　　　　　　　　TX
Bar number　　　　　　　　　　　　　State

---

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 4

## STATEMENT OF UNANIMOUS WRITTEN CONSENT and RESOLUTION BY MEMBERS

COMES NOW Eva S. Engelhart who states as follows:

Eva S. Engelhart, the duly appointed and serving Chapter 7 Bankruptcy Trustee of Case No. 22-30596; *In re William M. Riehs*, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, being the sole member of Partners Capital, LLC (the "Company"), a limited liability company organized under the laws of the State of Texas, by virtue of 11 U.S.C. §541, does by this written consent hereby resolve to take the following action and adopts the consents and resolutions listed below:

**RESOLVED,** that the Company shall file a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that all officers, directors, managers, agents or other elected or appointed representatives of the Company, except as otherwise provided herein, are hereby removed from their positions;

**BE IT FURTHER RESOLVED,** that all employees and contractors of all types of the Company, are to be released from employment immediately;

**BE IT FURTHER RESOLVED,** that Eva S. Engelhart is hereby appointed as agent and attorney in fact for the Company for the sole purpose of signing or authorizing the signing of a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that all the acts and deeds done or to be done by Eva S. Engelhart, in connection with the execution and delivery of documents and any and all acts which may be necessary or proper to effect the bankruptcy filing are hereby authorized, adopted, ratified, confirmed and approved as the acts and deeds of this Company; and

**BE IT FURTHER RESOLVED,** that Eva S. Engelhart is hereby appointed agent for the Company for the purpose of preparing and executing, on behalf of the Company, any and all documents required by law to be filed in any chapter 7 bankruptcy case filed by the Company.

IN WITNESS WHEREOF, the undersigned have executed this consent effective the 17th day of June 2022.

_____
Eva S. Engelhart, solely in her capacity as Chapter 7 Trustee of Case No. 22-30596; *In re William M. Riehs*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 22-30596 |
| WILLIAM M. RIEHS | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE JEFFREY P. NORMAN |

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO VOTE MEMBER INTEREST

(Docket # 29)

CAME ON for consideration the Trustee's Motion to Authority to Vote Member Interest (the "Motion") and the Court being of the opinion that it should be granted, is therefore:

FOUND that the Debtor's member interest in Partner's Capital, LLC is property of the estate and the Trustee is AUTHORIZED to exercise all rights and powers incident thereto including, but not limited to voting the estate's member interest to:

   a. Remove all officers, directors, agents and professionals, as well as dismiss any employees;

   b. Authorize the filing of a Chapter 7 bankruptcy;

   c. Appoint an agent/attorney-in-fact to execute all documentation necessary accomplish the above; and

   d. Call all meetings required to be held to ratify/authorize the foregoing.

Signed: June 17, 2022

Jeffrey P. Norman
United States Bankruptcy Judge